McKEE and Another *v.* ROGERS.

APPEAL from judgment of a District Court in an action for broker's commission tried by the court.

*James A. Deering*, for defendant (appellant).

*A. G. N. Vermilya*, for plaintiffs (respondents).

*Per Curiam.* The case is close, and not free from doubt; but, on all the evidence, we are of opinion that the proof was insufficient to warrant the inference that the broker procured a purchaser ready to buy on the terms of the defendant's offer.

Judgment reversed, and new trial ordered. costs to abide event.